UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSED RODRIGUEZ,<br><br>                             Plaintiff,<br><br>v.<br><br>MONTEREY FINANCIAL SERVICES INC.,<br><br>                             Defendant. | Case No.: 21-CV-927 JLS (BGS)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION**<br><br>(ECF No. 3) |

Presently before the Court is the Motion by Defendant Monterey Financial Services, Inc. for Dismissal Pursuant to FRCP 12(b)(6) ("Mot.," ECF No. 3).  No opposition to the Motion has been filed.  The Court **VACATES** the hearing set for June 24, 2021, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: June 17, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge