UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSED RODRIGUEZ,<br><br>         Plaintiff,<br><br>v.<br><br>MONTEREY FINANCIAL SERVICES INC.,<br><br>         Defendant. | Case No.: 21-CV-927 JLS (BGS)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

  On June 24, 2021, the Court granted Defendant Monterey Financial Services, Inc.'s ("Defendant") unopposed Motion for Dismissal (ECF No. 3) and granted Plaintiff Josed Rodriguez leave to file an amended complaint within thirty days. *See generally* ECF No. 5 (the "Order").  The Order expressly cautioned Plaintiff that, "[s]hould Plaintiff fail to file an amended pleading in accordance with this Order, the Court will enter a final order dismissing this civil action without prejudice based on Plaintiff's failure to prosecute in compliance with a court order requiring amendment."  *Id.* at 3 (citation omitted). Nevertheless, Plaintiff has not filed an amended complaint in accordance with the Order. *See generally* Docket.

/ / /

/ / /

/ / /

1  Accordingly, the Court **DISMISSES** the above-named action **WITHOUT**
2  **PREJUDICE**.  The Clerk of the Court **SHALL CLOSE** the file.
3      **IT IS SO ORDERED.**
4  Dated:  July 27, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge